Defendant: **Tesla, Inc. dba Tesla Consignment**

Bankruptcy Case: **Shift Technologies, Inc.**

Preference Period: **Jul 11, 2023 - Oct 9, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23071101 - 7807625 | $76,285.00 | 7/12/2023 | Consigned - 2T1BURHE5GC661489 | 7/1/2023 | $17,052.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23071101 - 7807625 | $76,285.00 | 7/12/2023 | Consigned - 55SWF4JB0FU052463 | 7/3/2023 | $18,900.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23071101 - 7807625 | $76,285.00 | 7/12/2023 | Consigned - JTMWFREV2HJ716857 | 7/3/2023 | $20,415.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23071101 - 7807625 | $76,285.00 | 7/12/2023 | Consigned - 19XFC1F96HE209744 | 7/2/2023 | $19,917.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23071301 - 8459490 | $26,175.00 | 7/14/2023 | Consigned - 5FNRL5H69CB034688 | 7/4/2023 | $12,687.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23071301 - 8459490 | $26,175.00 | 7/14/2023 | Consigned - 5NPD84LF4HH127897 | 7/4/2023 | $13,487.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072001 - 0135207 | $62,910.00 | 7/21/2023 | Consigned - 1G1RD6S58HU213069 | 7/8/2023 | $21,465.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072001 - 0135207 | $62,910.00 | 7/21/2023 | Consigned - JF2GPACC7E831346 5 | 7/9/2023 | $15,182.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072001 - 0135207 | $62,910.00 | 7/21/2023 | Consigned - 1FMCU9J92DUC36159 | 7/9/2023 | $11,735.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072001 - 0135207 | $62,910.00 | 7/21/2023 | Consigned - JF2SJAAC2EH457973 | 7/8/2023 | $14,527.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072201 - 0780351 | $11,390.00 | 7/24/2023 | Consigned - 5N1AT2MT7EC754073 | 7/13/2023 | $11,390.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072601 - 1422103 | $33,715.00 | 7/26/2023 | Consigned - 1HGCR2F30FA188877 | 7/16/2023 | $17,355.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072601 - 1422103 | $33,715.00 | 7/26/2023 | Consigned - JM1DE1KZ4E0186802 | 7/15/2023 | $8,135.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072601 - 1422103 | $33,715.00 | 7/26/2023 | Consigned - WMEFJ5DA8GK047400 | 7/15/2023 | $8,225.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23073101 - 2756464 | $13,340.00 | 8/1/2023 | Consigned - 4T1BD1FK5CU057444 | 7/21/2023 | $13,340.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080101 - 2773877 | $32,205.00 | 8/2/2023 | Consigned - JF2SJABC6FH475523 | 7/24/2023 | $15,790.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080101 - 2773877 | $32,205.00 | 8/2/2023 | Consigned - 5XYZUDLBXEG181464 | 7/22/2023 | $16,415.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080301 - 3718923 | $15,510.00 | 8/4/2023 | Consigned - 5FNRL5H68FB047176 | 7/24/2023 | $15,510.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080301 - 3720584 | $21,385.00 | 8/4/2023 | Consigned - 5TDKKRFH6FS089129 | 7/17/2023 | $21,385.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080701 - 4453741 | $17,865.00 | 8/8/2023 | Consigned - 2T1BURHE0JC110507 | 7/26/2023 | $17,865.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080801 - 4807029 | $47,680.00 | 8/9/2023 | Consigned - 4T1BF1FK8GU163676 | 7/30/2023 | $16,085.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080801 - 4807029 | $47,680.00 | 8/9/2023 | Consigned - 5UXWX7C58DL978349 | 7/29/2023 | $15,010.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23080801 - 4807029 | $47,680.00 | 8/9/2023 | Consigned - KMHD04LB5JU542464 | 7/29/2023 | $16,585.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081001 - 5470383 | $18,280.00 | 8/11/2023 | Consigned - 2T2BK1BA2DC218897 | 8/2/2023 | $18,280.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081401 - 6169260 | $51,575.00 | 8/15/2023 | Consigned - JTDKN3DU5F1888949 | 8/4/2023 | $14,830.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081401 - 6169260 | $51,575.00 | 8/15/2023 | Consigned - 5J8TC2H55LL041695 | 8/4/2023 | $36,745.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081501 - 6490879 | $38,250.00 | 8/16/2023 | Consigned - KMHD35LE8DU122824 | 8/7/2023 | $8,665.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081501 - 6490879 | $38,250.00 | 8/16/2023 | Consigned - 2T1BURHE8KC154790 | 8/5/2023 | $16,310.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081501 - 6490879 | $38,250.00 | 8/16/2023 | Consigned - 5N1AL0MM2DC315360 | 8/5/2023 | $13,275.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081801 - 7149196 | $8,095.00 | 8/18/2023 | Consigned - 1G1BC5SM4G7285115 | 8/8/2023 | $8,095.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081801 - 7149301 | $52,925.00 | 8/18/2023 | Consigned - 4S4BSATC7H3351332 | 8/9/2023 | $21,310.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081801 - 7149301 | $52,925.00 | 8/18/2023 | Consigned - JF2SJAPC1EH509570 | 8/9/2023 | $18,040.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081801 - 7149301 | $52,925.00 | 8/18/2023 | Consigned - WBA3C1C51FK121034 | 8/9/2023 | $13,575.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081801 - 7447427 | $20,570.00 | 8/21/2023 | Consigned - 1G1PE5SB7F7263395 | 8/10/2023 | $7,545.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081801 - 7447427 | $20,570.00 | 8/21/2023 | Consigned - JTDKN3DU5F0402789 | 8/10/2023 | $13,025.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082201 - 8070964 | $61,975.00 | 8/23/2023 | Consigned - 5FRYD4H4XEB043399 | 8/12/2023 | $21,335.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082201 - 8070964 | $61,975.00 | 8/23/2023 | Consigned - JTMRFREV9DD025623 | 8/13/2023 | $15,150.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082201 - 8070964 | $61,975.00 | 8/23/2023 | Consigned - 1HGCV3F90KA022147 | 8/14/2023 | $25,490.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8738402 | $17,335.00 | 8/25/2023 | Consigned - 1N4AZ1CPXLC307547 | 8/15/2023 | $17,335.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8738618 | $27,450.00 | 8/25/2023 | Consigned - 5NPE34AF9FH170358 | 8/16/2023 | $14,340.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8738618 | $27,450.00 | 8/25/2023 | Consigned - JHMGK5H59GX006210 | 8/16/2023 | $13,110.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082901 - 9397404 | $11,760.00 | 8/30/2023 | Consigned - 5TDKK3DC8BS165917 | 6/24/2023 | $11,760.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - 3GCPCSE0XCG177682 | 8/19/2023 | $20,700.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0003099 | $9,315.00 | 9/1/2023 | Consigned - JM1BL1UP0D1759230 | 8/23/2023 | $9,315.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - JTMRJREV3HD105682 | 8/19/2023 | $23,215.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - JTDKN3DU9F0422057 | 8/20/2023 | $13,545.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - 5UXWZ7C31H0V87253 | 8/19/2023 | $17,065.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - 5TDJZRFH4HS419750 | 8/19/2023 | $25,910.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - 4S3BNAN65J3036215 | 8/21/2023 | $23,655.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - 1N4AL3AP9FC175479 | 8/19/2023 | $13,295.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23083101 - 0002858 | $169,890.00 | 9/1/2023 | Consigned - 5TDJGRFH6KS053254 | 8/21/2023 | $32,505.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090501 - 1090211 | $30,575.00 | 9/6/2023 | Consigned - 4S4BSAFC0J3263708 | 8/25/2023 | $18,885.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090501 - 1090779 | $42,730.00 | 9/6/2023 | Consigned - WBAPH5G57BNM74682 | 8/26/2023 | $8,790.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090501 - 1090779 | $42,730.00 | 9/6/2023 | Consigned - JTDKN3DU6F0456991 | 8/26/2023 | $13,915.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090501 - 1090211 | $30,575.00 | 9/6/2023 | Consigned - JM1GJ1T60F1172517 | 8/25/2023 | $11,690.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090501 - 1090779 | $42,730.00 | 9/6/2023 | Consigned - 3VW447AU6HM071385 | 8/27/2023 | $20,025.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090801 - 1906351 | $18,009.50 | 9/11/2023 | Consigned - JM1BN1M35H1135789 | 8/31/2023 | $18,009.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090801 - 1906735 | $11,285.00 | 9/11/2023 | Consigned - 19XFB2F57DE284842 | 8/30/2023 | $11,285.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091301 - 3253950 | $53,735.00 | 9/14/2023 | Consigned - WAUFNAF44HN015687 | 9/2/2023 | $18,195.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091301 - 3253950 | $53,735.00 | 9/14/2023 | Consigned - 19XFB2F5XCE302961 | 9/3/2023 | $10,225.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091301 - 3253950 | $53,735.00 | 9/14/2023 | Consigned - 3FA6P0HR7DR194031 | 9/2/2023 | $7,845.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091301 - 3253950 | $53,735.00 | 9/14/2023 | Consigned - 4S3GTAB69H3701479 | 9/2/2023 | $17,470.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091801 - 7702542 | $32,233.06 | 9/19/2023 | Consigned - 5TDYK3DC6CS253814 | 9/6/2023 | $14,303.06 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091801 - 7700539 | $13,810.00 | 9/19/2023 | Consigned - 1HGCR3F87EA023750 | 9/8/2023 | $13,810.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091801 - 7702542 | $32,233.06 | 9/19/2023 | Consigned - 4S4BSANC5G3208049 | 9/6/2023 | $17,930.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092001 - 8016411 | $15,130.00 | 9/21/2023 | Consigned - JM3KE2CY8F0450616 | 9/12/2023 | $15,130.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092201 - 8623092 | $30,765.00 | 9/25/2023 | Consigned - WAUC4BF49JA003561 | 9/13/2023 | $30,765.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092501 - 5629175 | $18,665.00 | 9/26/2023 | Consigned - JM3KE4DY2G0677036 _2 | 9/15/2023 | $18,665.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23093001 - 6874640 | $19,505.00 | 10/3/2023 | Consigned - 4S4BSAFC3K3290242 | 9/16/2023 | $19,505.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23100501 - 7844204 | $15,170.00 | 10/5/2023 | Consigned - 1HGCR2F39GA027607 | 9/27/2023 | $15,170.00 |

**Totals:**    **35 transfer(s),**    **$1,147,492.56**

Tesla, Inc. dba Tesla Consignment (2282553)
Bankruptcy Case: Shift Technologies, Inc.

Oct 6, 2025

Exhibit A

P. 4